UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
United States of America,

                                Plaintiff,

-against-

                                                   Case No. 7:17-mj-9098

Chandra M. James

                                Defendant.

---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                 SO ORDERED.

                                                                 Hon. Martin R. Goldberg
                                                                 United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York